

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Joseph William Wallace Decker,   * Original Proceeding

No. 11-19-00134-CR   * April 30, 2019

   * Per Curiam Memorandum Opinion
   (Panel consists of: Bailey, C.J.,
   Stretcher, J., and Wright, S.C.J.,
   sitting by assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that Joseph William Wallace Decker's application for writ of habeas corpus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, this proceeding is dismissed for want of jurisdiction.